SEALED

BENJAMIN B. WAGNER
Acting United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
JUL 28 2011
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11 CR 00255 AWI |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| TONRIKO SHROPSHIRE | ) CRIMINAL PROCEDURE |
| Defendant | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 28, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)-Distribution of Cocaine Base, charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1

1 pursuant thereto, except when necessary for the issuance and
2 execution of the warrant.
3 DATED: July 28, 2011                    Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

By /s/ Elana Landau
ELANA S. LANDAU
Assistant U.S. Attorney

8 IT IS SO ORDERED this 28 day of July, 2011

_____
U.S. Magistrate Judge