1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-255 |
| Plaintiff, | ORDER TO **UNSEAL** INDICTMENT |
| v. | |
| TONRIKO SHROPSHIRE, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: NOV 18, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case NO. 1:11-CR-255 |
| Plaintiff, ) | |
| ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. ) | |
| TONRIKO SHROPSHIRE, ) | |
| Defendant. ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

```
                              BENJAMIN B. WAGNER
                              United States Attorney

Date: November 18, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney
```

1