Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Tonriko Shropshire

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TONRIKO SHROPSHIRE,<br><br>　　　　　Defendant | Case No.: 1:11-CR-255 AWI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE** |

　　　IT IS HEREBY STIPULATED by and between Mark Broughton, attorney for defendant TONRIKO SHROPSHIRE, and Elana Landau, Assistant United States Attorney, that the status conference be continued from February 13, 2012, at 10:00 a.m., to March 5, 2012, at 10:00 a.m.

　　　This continuance is requested for further negotiation between the parties, defense investigation and preparation.

　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for further plea negotiations and effective defense preparation pursuant to 18 U.S.C §§ 3161(h)(7)A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated:  February 9, 2012　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Broughton
　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Broughton

                Attorney for Defendant,
                Tonriko Shropshire

Dated: February 9, 2012        /s/ Elana Landau__
                                      Elana Landau
                                      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that the February 13, 2012 Status Conference date be vacated.

IT IS FURTHER ORDERED that the status conference will now occur on March 5, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __February 9, 2012__                _____
                                        CHIEF UNITED STATES DISTRICT JUDGE